IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTO CASTRO-GARCIA,<br><br>    Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No: 2:07-cr-243<br>Judge Dee Benson |

Defendant moves the Court for a James hearing to determine the admissibility of statements by alleged co-conspirators under Federal Rule of Evidence 801(d)(2)(E).  Based on the government's representation that it will not seek the admission at trial of any coconspirator statements under Rule 801(d)(2)(E), Defendant's motion for a James hearing is denied.

    It is so ordered.

        DATED this 25th day of June, 2007.

                                    _____
                                    Dee Benson
                                    United States District Judge